## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES N. WARREN, ROBERT T. WARREN, ABDUL JAVEED and JOAN JAVEED, | § § § § | |
| Plaintiffs, | § | No. 3:12-cv-03581-M |
| | § | |
| v. | § | |
| | § | |
| CHESAPEAKE EXPLORATION, LLC and CHESAPEAKE OPERATING, INC., | § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order granting the Motion to Dismiss Plaintiffs' Complaint, it is **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITH PREJUDICE**.  Costs of Court are taxed against Plaintiffs.

**SO ORDERED**.

May 20, 2013.

**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**